JAMES A. McGRAW, Respondent, *v.* GEORGE SELKIS et al., Defendants, and JOHN F. DOYLE, Appellant.

(Argued October 18, 1935; decided November 19, 1935.)

*John F. Doyle,* in person, for appellant.

*Patrick J. Keniry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.